# ELECTRONIC RECORD

175-16
176-16
177-16

COA # 04-15-00189-CR    OFFENSE: SEXUAL ABUSE OF A CHILD

STYLE: THE STATE OF TEXAS V. JAMES NORMAN EVANS    COUNTY: KENDALL

COA DISPOSITION: REVERSED AND REMANDED    TRIAL COURT: 216TH DISTRICT COURT

DATE:01/20/2016    Publish:    NO CASE #: 5623

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»    CCA #: _____

_APPELLEE'S_ Petition    CCA Disposition: _____ 175-16
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____ 176-16
_REFUSED_    JUDGE: _____ 177-16
DATE: _05/04/2016_    SIGNED: _____    PC: _____
JUDGE: _Per Curiam_    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____